## MOTION DOCKET

**98–640.   State v. Stallings.**
Summit C.P. No. CR97051118A. On application for reopening under S.Ct.Prac.R. XI(5) and on motion to strike application for reopening. Motion to strike denied and the prosecutor is ordered to file within thirty days.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., would deny the motion to strike only.

**00–591.   State v. Hill.**
Fairfield App. No. 98CA67. On motion for admission *pro hac vice* of Lucy A. Dalglish, Esq. by Richard M. Goehler, Esq. Motion granted.